**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERT JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:14-cv-08625 |
| | ) |
| | ) Honorable Judge Harry D. Leinenweber |
| BLITT AND GAINES, P.C. and | ) |
| CREDIT ACCEPTANCE CORPORATION, | ) Magistrate Judge Mary M. Rowland |
| | ) |
| Defendants, | ) |

**PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COMES the Plaintiff, Robert Jackson ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and in support of Plaintiff's stipulation of dismissal, states as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41, hereby stipulates to the dismissal of his claims against Defendant, CREDIT ACCEPTANCE CORPORATION, with prejudice.

Dated: November 26, 2014                    Respectfully Submitted,

/s/ Majdi Y. Hijazin
Majdi Y. Hijazin, ARDC #6284879
Counsel for Plaintiff
*Of Counsel to:* Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188
mhijazin@hijazinlaw.com