# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT JACKSON<br><br>Plaintiff,<br><br>v.<br><br>BLITT AND GAINES, P.C. and<br>CREDIT ACCEPTANCE CORPORATION<br><br>Defendants. | 1:14-cv-08625<br><br>Honorable Harry D. Leinenweber<br><br>Magistrate Honorable Mary M. Rowland |

### NOTICE OF APPEAL TO THE COURT OF APPEALS FROM A JUDGMENT OR ORDER FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

NOTICE is hereby given that Plaintiff, ROBERT JACKSON, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment entered on February 18, 2015 (Document No. 15) by the Honorable Harry D. Leinenweber, Judge of the United States District Court for the Northern District of Illinois, Eastern Division.

Dated March 17, 2015

                                                              Respectfully submitted:

                                                              /s/Matthew Hector_____
                                                              Matthew Hector, ARDC #6283058

Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
(630) 575-8181
mhector@sulaimanlaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing has been served by operation of the court's electronic filing system, or in the alternative, via US Mail, this 17th day of March 2015, addressed to:

Michael L. Starzec  
661 Glenn Avenue  
Wheeling, Illinois 60090  
mike@blittandgaines.com  

                                              /s/ Matthew H. Hector  
                                              Matthew H. Hector, ARDC No. 6283058  
                                              SULAIMAN LAW GROUP, LTD.  
                                              Attorney for Plaintiff

Matthew H. Hector ARDC# 6283058  
Sulaiman Law Group, Ltd.  
900 Jorie Boulevard, Suite 150  
Oak Brook, Illinois 60523  
Telephone: (630) 575-8181  
Main Fax: (630) 575-8188  
mhector@sulaimanlaw.com

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois

DOCKETING STATEMENT

**Caption of Case**                          **7CCA Docket No.**_____

ROBERT JACKSON                                1:14-cv-08625

Plaintiff,

                                                 Honorable Harry D. Leinenweber

v.

                                      Magistrate Honorable Mary M. Rowland

BLITT AND GAINES, P.C. and
CREDIT ACCEPTANCE CORPORATION

Defendants.

**Statute or other authority establishing jurisdiction in the:**

    1. District Court: 15 U.S.C. §1692k; 28 U.S.C. §§1331, 1337, 1367;
    2. Court of Appeals: 28 U.S.C. §1291

**Timeliness of Appeal:**

    1. Date of entry of judgment or order appealed from:  February 18, 2015
    2. Date this notice of appeal filed:  March 17, 2015

**Is the order or judgment appealed from a final decision on the merits?** Yes.

**Based on your present knowledge:**

**Will this appeal involve a question of first impression?** Yes.

**If yes, please explain briefly:**

Whether an Illinois wage garnishment action is an action "against any consumer" under 15 U.S.C. §1692i(a)(2).

**Are any related cases or cases raising related issues pending in this Court, any district court of this circuit, or the Supreme Court?**

Yes. *Tolga Balik v. Blitt and Gaines, P.C.,* 1:14-cv-08702; *Wilbert Johnson v. Blitt and Gaines, P.C.* 1:14-cv-10009; *Georgina LeBrun v. Blitt and Gaines, P.C.*, 1:14-cv-10232; *Everton Henderson v. Blitt and Gaines, P.C.*,1:14-cv-10007; and *Sheila Edmondson v. Blitt and Gaines, P.C.*, 1:14-cv-10010. All of these matters are being handled by identical Plaintiff and Defense counsel. All of these matters have a pending motion to dismiss that is on all fours with the motion to dismiss filed in this matter.

There are also pending motions to dismiss in the following cases: *Radcliffe v. Russel G. Winick & Associates, P.C.*, 1:14-cv-08633; *McCauley v. Hunter*, 1:14-cv-08698; and *Wordlow v. Truemper Titiner & Brough, Limited*, 1:15-cv-00090.

Additionally, *Safornia Campbell v. Blatt Hasenmiller Liebsker & Moore LLC and Portfolio Recovery Associates, LLC*; and 1:14-cv-10003; *Edward Hayward v. Blatt Hasenmiller Liebsker & Moore LLC and Portfolio Recovery Associates*, LLC; 1:14-cv-09030. Defendants have answered the complaint in these cases and discovery is ongoing.

In *Rocio A. Henciek v. Law Office of Keith S. Shindler, Ltd.*, 1:14-cv-07149, The Hon. Judge Andrea R. Wood dismissed plaintiff's complaint on other grounds, but noted that she would not allow plaintiff to amend his complaint to allege an FDCPA violation based on a wage garnishment because such an amendment would be futile.

**State the nature of the suit, the relief sought, and the outcome below:**

This is an action brought under the Fair Debt Collection Practices Act for statutory damages and attorney's fees. The District Court granted Defendant's Rule 12(b)(6) motion to dismiss, without setting a briefing schedule, holding that, in Illinois, a wage garnishment action is not taken "against any consumer" and thus cannot violate 15 U.S.C. §1692i(a)(2).

**Issues to be raised on appeal.**

Whether the District Court erred in granting Defendant's Rule 12(b)(6) motion to dismiss.

Whether, under Illinois law, a wage garnishment action is an action taken "against any consumer" for purposes of 15 U.S.C. §1692i(a)(2).

**Is settlement being discussed?** No

**Is disposition on motions, memoranda, or abbreviated briefing schedule appropriate?** No

**Is oral argument necessary?** Yes

**Were there any in-court proceeding below?** Yes

**Is a transcript necessary for this appeal?** Yes

**List each adverse party to the appeal.**

Blitt and Gaines, P.C.
Michael L. Starzec
661 Glenn Avenue
Wheeling, Illinois 60090
mike@blittandgaines.com

**List names and addresses of appellants who filed this notice of appeal and appellant's counsel.**

Robert Jackson, Plaintiff-Appellant
Attorney Matthew H. Hector
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Ph (630) 575-8181
Fax (630) 575-8188
mhector@sulaimanlaw.com


**Will you be handling this appeal?** Yes


Dated: March 17, 2015

                                              Respectfully submitted:

                                               /s/Matthew Hector_____
                                              Matthew Hector, ARDC #6283058


Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
(630) 575-8181
mhector@sulaimanlaw.com

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Robert Jackson

                        Plaintiff,

v.                                                 Case No.: 1:14−cv−08625
                                                 Honorable Harry D. Leinenweber

Blitt & Gaines, P.C., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 18, 2015:

      MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing held on 2/18/2015. For the reasons stated in open court, defendant Blitt and Gaines P.C.'s Motion to Dismiss [10] is granted. ; Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Robert Jackson,

Plaintiff(s),

v.

Blitt and Gaines P.C.,

Defendant(s).

Case No.  14 C 8625
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes            pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is hereby entered in favor of the defendant Blitt and Gaines P.C. against the plaintiff, Robert Jackson.

---

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion  to dismiss by defendant Blitt and Gaines P.C.

Date:  2/18/2015                                      Thomas G. Bruton, Clerk of Court

                                                      Wanda Parker , Deputy Clerk

APPEAL,ROWLAND,TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:14-cv-08625
# Internal Use Only

| | |
|---|---|
| Jackson v. Blitt & Gaines, P.C. et al | Date Filed: 10/31/2014 |
| Assigned to: Honorable Harry D. Leinenweber | Date Terminated: 02/18/2015 |
| Cause: 15:1692 Fair Debt Collection Act | Jury Demand: Plaintiff |
| | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Robert Jackson**  represented by  **Majdi Y. Hijazin , First**
Law Offices of Majdi Y. Hijazin, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
(630) 575-8181
Fax: (630) 575-8188
Email: hijazlaw@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ahmad Tayseer Sulaiman , First**
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
(630) 575-8181
Email: ahmad.sulaiman@sulaimanlaw.com
*ATTORNEY TO BE NOTICED*

**Matthew H. Hector**
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
(630) 575-8181
Email: mhector@sulaimanlaw.com
*ATTORNEY TO BE NOTICED*

**Mohammed Omar Badwan**
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523
630-575-8181
Fax: 630-575-8188

        Email: mbadwan@sulaimanlaw.com
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Blitt & Gaines, P.C.**    represented by  **Michael L. Starzec**
    Blitt and Gaines, P.C.
    661 Glenn Avenue
    Wheeling, IL 60090
    (847)403-4900
    Email: mike@blittandgaines.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Credit Acceptance Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2014 | 1 | COMPLAINT filed by Robert Jackson; Jury Demand. Filing fee $ 400, receipt number 0752-10014224. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Civil Cover Sheet Civil Action Cover Sheet)(Hijazin, Majdi) (Entered: 10/31/2014) |
| 10/31/2014 | 2 | ATTORNEY Appearance for Plaintiff Robert Jackson by Majdi Y. Hijazin, First (Hijazin, Majdi) (Entered: 10/31/2014) |
| 10/31/2014 | 3 | ATTORNEY Appearance for Plaintiff Robert Jackson by Mohammed Omar Badwan (Badwan, Mohammed) (Entered: 10/31/2014) |
| 10/31/2014 | 4 | ATTORNEY Appearance for Plaintiff Robert Jackson by Ahmad Tayseer Sulaiman, First (Sulaiman, Ahmad) (Entered: 10/31/2014) |
| 10/31/2014 | 5 | ATTORNEY Appearance for Plaintiff Robert Jackson by Matthew H. Hector (Hector, Matthew) (Entered: 10/31/2014) |
| 10/31/2014 |  | CASE ASSIGNED to the Honorable Harry D. Leinenweber. Designated as Magistrate Judge the Honorable Mary M. Rowland. (aee, ) (Entered: 10/31/2014) |
| 11/24/2014 | 6 | WAIVER OF SERVICE returned executed by Robert Jackson. Blitt & Gaines, P.C. waiver sent on 11/20/2014, answer due 1/19/2015. (Hijazin, Majdi) (Entered: 11/24/2014) |
| 11/26/2014 | 7 | STIPULATION of Dismissal *with Prejudice* (Hijazin, Majdi) (Entered: 11/26/2014) |
| 12/03/2014 | 8 | MINUTE entry before the Honorable Harry D. Leinenweber: Status hearing set for 2/4/2015 at 09:00 AM.Mailed notice (wp, ) (Entered: 12/03/2014) |
| 01/19/2015 | 9 | ATTORNEY Appearance for Defendant Blitt & Gaines, P.C. by Michael L. Starzec (Attachments: # 1 Certificate of Service)(Starzec, Michael) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 01/19/2015) |
| 01/19/2015 | 10 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Attachments: # 1 Certificate of Service)(Starzec, Michael) (Entered: 01/19/2015) |
| 01/19/2015 | 11 | NOTICE of Motion by Michael L. Starzec for presentment of Motion to Dismiss for Failure to State a Claim 10 before Honorable Harry D. Leinenweber on 1/27/2015 at 09:30 AM. (Attachments: # 1 Certificate of Service)(Starzec, Michael) (Entered: 01/19/2015) |
| 01/22/2015 | 12 | *AMENDED* NOTICE of Motion by Michael L. Starzec for presentment of Motion to Dismiss for Failure to State a Claim 10 before Honorable Harry D. Leinenweber on 2/4/2015 at 09:30 AM. (Attachments: # 1 Certificate of Service)(Starzec, Michael) (Entered: 01/22/2015) |
| 02/04/2015 | 13 | MINUTE entry before the Honorable Harry D. Leinenweber:Status hearing held on 2/4/2015. The court will review and rule on the motion to dismiss 10 on 2/18/2015 at 9:00 a.m. Mailed notice (wp, ) (Entered: 02/04/2015) |
| 02/18/2015 | 14 | MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing held on 2/18/2015. For the reasons stated in open court, defendant Blitt and Gaines P.C.'s Motion to Dismiss 10 is granted. ; Civil case terminated. Mailed notice (wp, ) (Entered: 02/18/2015) |
| 02/18/2015 | 15 | ENTERED JUDGMENT on 2/18/2015:Mailed notice(wp, ) (Entered: 02/18/2015) |
| 02/24/2015 | 16 | TRANSCRIPT OF PROCEEDINGS held on 02/18/2015 before the Honorable Harry D. Leinenweber. Court Reporter Contact Information: Judith A. Walsh, CSR, RDR, CRR. 312-702-8865. judith_walsh@ilnd.uscourts.gov. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 3/17/2015. Redacted Transcript Deadline set for 3/27/2015. Release of Transcript Restriction set for 5/26/2015. (walsh, Judy) (Entered: 02/24/2015) |
| 03/17/2015 | 17 | NOTICE of appeal by Robert Jackson regarding orders 15 Filing fee $ 505, receipt number 0752-10448873. (Hector, Matthew) (Entered: 03/17/2015) |
| 03/17/2015 | 18 | DOCKETING Statement by Robert Jackson regarding notice of appeal 17 (Hector, Matthew) (Entered: 03/17/2015) |
| 03/17/2015 | 19 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 17 . (ea, ) (Entered: 03/17/2015) |